UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TOBIN SATHER,<br><br>    Plaintiff,<br><br> v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | CASE NO. C16-5503BHS-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 32. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

 (1) The R&R is **ADOPTED**;

 (2) Defendant's Motion for Summary Judgment (Dkt. 19) is **DENIED** as moot; and

 (3) Defendants DOC, Pacholke, and John Does are **DISMISSED** from this action.

Dated this 23rd day of May, 2017.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER